# Order

Michigan Supreme Court
Lansing, Michigan

April 16, 2010

140297 & (62)
140299

In re INVESTIGATIVE SUBPOENAS.
_____

GRAND TRAVERSE COUNTY PROSECUTOR,
   Petitioner-Appellee,

v

MEIJER, INC.,
   Respondent-Appellee,

and

DICKINSON WRIGHT EMPLOYEES,
   Respondents-Appellants.
_____/

In re INVESTIGATIVE SUBPOENAS.
_____

GRAND TRAVERSE COUNTY PROSECUTOR,
   Petitioner-Appellee,

v

MEIJER, INC.,
   Respondent-Appellant,

and

DICKINSON WRIGHT EMPLOYEES,
   Respondents-Appellees.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140297
COA: 284993
Grand Traverse CC:
08-026516-PZ

SC: 140299
COA: 284993
Grand Traverse CC:
08-026516-PZ

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The applications for leave to appeal the November 19, 2009 judgment of

the Court of Appeals are considered. We DIRECT the parties to submit supplemental briefs, within 35 days of the date of this order, addressing the effect, if any, of *Citizens United v Federal Election Commission*, 558 US ___; 130 S Ct 876; 175 L Ed 2d 753 (2010), on this case. The applications for leave to appeal remain pending.

WEAVER, J., would *grant* leave to appeal and then *direct* the parties to submit supplemental briefs, within 35 days of the date of this order, addressing the effect, if any, of *Citizens United v Federal Election Commission*, 558 US ___; 130 S Ct 876; 175 L Ed 2d 753 (2010), on this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2010

Clerk

d0413